

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT,** A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to April 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Ricardo Pumarejo Jr.
4900-B N. 10th. St.
McAllen, TX 78504

Leticia Lourdes Garcia
719 Chihuahua Street, Suite 103
Laredo, TX 78040

Flor Flores
700 N Flores St Ste E
Rio Grande City, TX 78582-3556